**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6476

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

BRIAN DAVID RIGGINS, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Dever III, District Judge.  (7:18-cr-00106-D-1)

Submitted:  July 30, 2024                                        Decided:  August 2, 2024

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brian David Riggins, Jr., Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian David Riggins, Jr., appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction. We have the reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Riggins*, No. 7:18-cr-00106-D-1 (E.D.N.C. filed May 8, 2024 & entered May 9, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
